IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| YACHUNAVEI YANEE P., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 17-cv-2980-N-BN |
| | § | |
| ANDREW SAUL, Commissioner of Social Security, | § § § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated December 27, 2019, the Court finds that the Findings Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 3rd day of February, 2020.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE